# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Christopher A. Jones,<br><br>               Plaintiff,<br><br>v.<br><br>Brenda Tiernev, et al.,<br><br>               Defendants. | Case No. 2:23-cv-01527-RFB-DJA<br><br>**Report and Recommendation** |

On March 8, 2024, the Court entered an order requiring Plaintiff to show cause why the Court should not recommend the dismissal of the action for Plaintiff's failure to file an amended complaint or prosecute his claims. (ECF No. 7). Plaintiff filed a response to that motion, asserting that he does not oppose the dismissal of this action.

Accordingly, the Court **RECOMMENDS** that this case be **dismissed.**

## NOTICE

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: March 20, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE